# APPENDIX A

VIA CERTIFIED MAIL 7017 1000 0001 1109 8688

November 9, 2018

Mr. Cooper/Nationstar Mortgage
PO Box 619098
Dallas, TX 75261-9741

**In the Matter of:**

    Borrower's Name:     Ansarullah Habeebulla Dawoudi
    Property Address:     4909 N. Kruger Ave.
                               Chicago, IL 60630
    Mortgage Account No.: ▮▮▮▮▮▮

**Re: Request for Information Pursuant to 12 C.F.R. § 1024.36**

To Whom It May Concern:

This Request for Information is pursuant to Regulation X of the Mortgage Servicing Act as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act.

Pursuant to 12 C.F.R. § 1024.36(c), *within five (5) days* (excluding legal public holidays, Saturdays and Sundays) of your receipt of this request, you must provide me with a written response acknowledging such receipt.

Moreover, pursuant to 12 C.F.R. § 1024.36(d)(ii)(2)(B), you must provide me the information requested, *within thirty (30) days* (excluding legal public holidays, Saturdays and Sundays) after your receipt of this request.

Please provide the following information:

1. The current and most recent property valuation contained in your system.

2. For the next 4 requests below (3, 4, 5 and 6), please provide the information beginning from the time Mr Cooper/Nationstar Mortgage took over servicing of the loan through the present:

3. A listing of all **broker price opinion (BPO) charges** that have appeared on any monthly mortgage statement, copies of all such BPOs, and the 3rd party invoices for the BPOs.

4. A listing of all **property inspection charges** that have appeared on any monthly mortgage statement, copies of all such property inspection reports, and the 3rd party invoices for such property inspection reports.

5. A listing of all **legal fee charges** that have appeared on any monthly mortgage statement, copies of all such legal fee charges, and the 3rd party invoices for such legal fee charges.

6. A listing of any and all **other fees and charges** that have appeared on any monthly mortgage statement, copies of any and all reports prepared if any of the fees or charges resulted in a report being prepared, and any and all 3rd party invoices for such other fees and charges.

7. The identity, address, and other relevant contact information for the custodian of the collateral file containing the original collateral documents for the above-referenced mortgage loan, including, but not limited to the original note.

Please send all acknowledgements, all correspondence and all the requested information to my attorneys at:

Goldman Chase Law LLC
6321 Dempster St. #220
Morton Grove, IL 60053
773-227-6161 x200
773-227-6262 (fax)
dg@goldmanchase.com

Thank you.

Sincerely,

/s/ *Ansarullah Habeebulla Dawoudi*

Ansarullah Habeebulla Dawoudi