# APPENDIX D

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - CHANCERY DIVISION

Nationstar Mortgage LLC

PLAINTIFF

v.

Ansarullah H. Dawoudi a/k/a Ansarullah Habeebullah S. Dawoudi; Daphne Dawoudi; Unknown Owners and Nonrecord Claimants

DEFENDANTS

No. 2015CH16790
CALENDAR/ROOM 59
TIME 00:00
Owner Occupied

4909 N. Kruger Avenue
Chicago, IL 60630

Case Management Date: 1/19/2016
Time: 10:00 am
Courtroom No. 2801

### MORTGAGE FORECLOSURE SUMMONS

To each defendant: See Attached Service List

YOU ARE SUMMONED and required to file an appearance, pay the filing fee (unless the Court determines you cannot afford to pay this fee), and answer or otherwise plead in response to the attached Complaint within 30 days. A copy of the Complaint is attached to this Summons. You can file your appearance and pleadings in the office of the Clerk of this Court in Room 802 of the Richard J. Daley Center, 50 W. Washington St., Chicago, Illinois 60602, Monday through Friday between the hours of 8:30 A.M. and 4:30 P.M.

**YOU MAY STILL BE ABLE TO SAVE YOUR HOME.
DO NOT IGNORE THIS DOCUMENT.
GO TO PAGE 2 OF THIS SUMMONS
FOR INFORMATION ON FREE HELP FROM THE COURT.**

You must file within 30 days after service of this summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

NOTE: This law firm is a debt-collector.

| Atty No.: | 21762 |
|---|---|
| Name: | Codilis & Associates, P.C. |
| Atty. for: | Plaintiff |
| Address: | 15W030 North Frontage Road, Suite 100 |
| City/State/Zip: | Burr Ridge, IL 60527 |
| Telephone: | (630) 794-5300 |

WITNESS DOROTHY BROWN NOV 1 6 2015, 20___

Dorothy Brown
Clerk of Court

Date of Service _____ 20___
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at:

_____     _____
(Area Code)         (Facsimile Telephone Number)

(Rev. 4/09/10) CCH 0100 B

# IMPORTANT INFORMATION FOR HOMEOWNERS IN FORECLOSURE
## HOW TO SAVE YOUR PROPERTY - PLEASE READ - DO NOT IGNORE

1. **POSSESSION:** The lawful occupants of a home have the right to live in the home until a judge enters an order for possession. In most cases, if you continue to live in your home, you will have at least nine (9) months before you have to move.

2. **OWNERSHIP:** You continue to own your home until the court rules otherwise.

3. **WORKOUT OPTIONS:** The mortgage company does not want to foreclose on your home if there is any way to avoid it. Call your mortgage company: **Nationstar Mortgage** or its attorneys to find out the alternatives to foreclosure. Call 1-877-895-2444 to obtain help in finding a HUD-certified housing counselor. To get help filing an Appearance and Answer, contact the Chancery Division Advice Desk, Room 1303 of the Richard J. Daley Center, 50 W. Washington St., Chicago, IL 60602, Monday through Friday, 9:00 A.M. to 4:00 P.M. THESE SERVICES ARE FREE. Go to "Notice to Homeowners" after Page 3 of this Summons.

4. **LAWYER:** If you do not have a lawyer, you may contact CARPLS Legal Aid Hotline at (312) 738-9200 for legal advice or visit the Advice Desk (see above). You may also call Chicago Volunteer Legal Services at (312) 332-1624 or the Legal Assistance Foundation of Metropolitan Chicago at (312) 341-1070.

5. **MEDIATION:** If you need help negotiating with your lender, ask the judge to refer your case to mediation. Mediation is a chance to talk with your lender and try to work out an agreement with the help of a knowledgeable, neutral person. Mediation requires the appearance of you and your lender. Please see # 3 above for help.

6. **REINSTATEMENT:** As the homeowner you have the right to bring the mortgage current (that means paying all late payments, penalties, fees and costs) within 90 days after you receive the summons.

7. **REDEMPTION:** As the homeowner you have the right to sell your home, refinance, or pay off the loan during the redemption period, which is at least seven (7) months after you receive the summons.

8. **PAYOFF AMOUNT:** You have the right to obtain a written statement of the amount necessary to pay off your loan. Your mortgage company (identified in #3 above) must provide you this statement within 10 business days of receiving your request, provided that your request is in writing and includes your name, the address of the property, and the mortgage account or loan number. Your first payoff statement will be free.

9. **SURPLUS:** As the homeowner you have the right to petition the court for any excess money (i.e., if your home is sold for more than you owe) that results from a foreclosure sale of your home. In many cases you do not need a lawyer to do this. The Chancery Division Advice Desk, Room 1303 of the Richard J. Daley Center, will assist you in preparing all the necessary papers at no charge. The Advice Desk is open Monday through Friday, 9:00 A.M. to 4:00 P.M.

10. **GET ADVICE:** This information does not replace the advice of a professional. You may have other options. Get professional advice from a lawyer or HUD-certified housing counselor about your rights and options to avoid foreclosure. (See # 3 above.)

11. **PROCEED WITH CAUTION:** YOU MAY BE CONTACTED BY PEOPLE OFFERING TO HELP YOU AVOID FORECLOSURE. BEFORE ENTERING INTO ANY TRANSACTION WITH PEOPLE OFFERING TO HELP YOU, PLEASE CONTACT A LAWYER, GOVERNMENT OFFICIAL, OR HUD-CERTIFIED HOUSING COUNSELOR FOR ADVICE.

(Rev. 4/09/10) CCH 0100 B

## INFORMACION IMPORTANTE PARA PROPIETARIOS DE CASA EN PROCESO DE EJECUCION HIPOTECARIA:
### COMO SALVAR SU CASA – POR FAVOR LEA ESTO – NO LO IGNORE -USTED HA RECIBO UN DOCUMENTO LEGAL PORQUE HA SIDO DEMANDADO POR SU BANCO HIPOTECARIO

1. **POSESION:** Los ocupantes legítimos de la vivienda tienen el derecho de vivir en la casa hasta que el juez emita, por escrito, una Orden de Posesión judicial. En la mayoría de los casos, si continúa viviendo en su casa, tendrá por lo menos nueve (9) meses antes que tenga que mudarse.

2. **TITULARIDAD:** Usted sigue siendo propietario de su casa hasta que el juez emita una decisión contraria.

3. **OPCIONES DE NEGOCIACION:** El prestamista hipotecario no quiere ejecutar sobre su casa si hay alguna manera de evitarlo. Llame a su prestamista hipotecario: **Nationstar Mortgage** o a sus abogados para averiguar las alternativas a la ejecución hipotecaria. Llame 1-877-895-2444 para obtener ayuda en buscar un consejero de vivienda certificado por el Departamento de Vivienda y Desarrollo Urbano (HUD en ingles). Para obtener ayuda en archivar su Comparecencia en Juicio o Contestación a la Demanda, acuda a la Mesa de Consejo de la División de Chancery, Cuarto 1303 del Centro Daley, 50 W. Washington St., Chicago, IL 60602, lunes a viernes de 9:00 A.M. a 4:00 P.M. ESTOS SERVICIOS SON GRATUITOS. Véase la "Notificación a Propietarios de Casa" después de la pagina 3 de este Emplazamiento.

4. **ABOGADO:** Si no tiene un abogado, puede llamar a la línea gratuita de CARPLS al (312) 738-9200 para asesoría legal y referencias o visite la Mesa de Consejo (véase arriba). O también puede comunicarse con el "Chicago Volunteer Legal Services" al (312) 332-1624 o con el "Legal Assistance Foundation of Metropolitan Chicago" al (312) 341-1070.

5. **MEDIACION:** Si necesita ayuda para negociar con su prestamista, pídale al juez que refiera su caso a mediación. Mediación es una oportunidad para hablar con su prestamista y tratar de llegar a un acuerdo con la ayuda de una persona neutral y con conocimiento. Mediación requiere su presencia y la de su prestamista. Puede llevar un abogado, pero no es necesario. Véase # 3 para ayuda.

6. **RESTABLECIMIENTO:** Como el propietario usted tiene el derecho de poner al corriente su hipoteca (pagando los pagos retrasados, penalidades, honorarios y costos) dentro de 90 días después de que usted reciba este Emplazamiento.

7. **REDENCION DE LA PROPIEDAD:** Como el propietario usted tiene el derecho de vender su casa, refinanciar, o pagar el total del préstamo durante el período de redención, que es por lo menos siete (7) meses después que reciba este Emplazamiento.

8. **CANTIDAD DEL SALDO:** Tiene el derecho de obtener una declaración por escrito de la cantidad necesaria para pagar su préstamo. Su prestamista hipotecario (identificado en el #3 arriba) debe proporcionarle esta declaración dentro de 10 días laborales posteriores a haber recibido su petición, con tal de que su petición sea por escrito e incluya su nombre, dirección de la propiedad y cuenta hipotecaria o número de préstamo. Su primera declaración del saldo será gratis.

9. **EXCESO DE BIENES:** Como el propietario usted tiene el derecho de solicitarle al tribunal el exceso de dinero (si su casa se vende por mas de lo que debe) que resulte de la venta de ejecución de su casa. En la mayoría de los casos no necesita un abogado para hacerlo. La Mesa de Consejo de la División de Chancery, Cuarto 1303 del Centro Richard J. Daley, le ayudara a preparar todos los documentos necesarios gratis. El horario de la Mesa de Consejo es de lunes a viernes de 9:00 A.M. a 4:00 P.M.

10. **OBTENGA ASESORIA:** Esta información no reemplaza asesoría legal de un profesional. Podría tener otras opciones. Obtenga asesoría profesional de un abogado o de un consejero de vivienda certificado por HUD sobre sus derechos y opciones para evitar la ejecución hipotecaria. (Véase el #3 arriba)

11. **PROCEDA CON PRECAUCION:** USTED PODRA SER CONTACTADO POR GENTE OFRECIENDOLE AYUDA PARA EVITAR LA EJECUCION HIPOTECARIA. ANTES DE REALIZAR CUALQUIER TRAMITE CON PERSONAS OFRECIENDOLE AYUDA, POR FAVOR COMUNIQUESE CON UN ABOGADO, REPRESENTANTE GUBERNAMENTAL O CONSEJERO DE VIVIENDA CERTIFICADO POR HUD PARA ASESORIA.

# NOTICE TO HOMEOWNERS
# FROM CIRCUIT COURT OF COOK COUNTY:
# FREE HELP TO HOMEOWNERS IN FORECLOSURE

## *DO NOT IGNORE THIS PAGE*

You have been served with a Summons and a mortgage foreclosure Complaint that could cause you to lose your home.

> **The Circuit Court of Cook County has a Foreclosure Mediation Program to help you.**
> **This program is FREE.**

You can use the program if:
- You are the owner and occupant of a **one-to-four family residential** property or condominium unit;
- You are the **borrower**;
- The **mortgage** on your owner-occupied residential property is being foreclosed;
- The property being foreclosed is your **primary residence (your home)**;
- The property is located in Cook County, Illinois; and
- The foreclosure action has a **Case Management Date** (the date your case is first in front of the judge) **on or after June 11, 2010.**

Mediation is a chance to talk with your lender and try to work out an agreement with the help of a knowledgeable, neutral person.

**TO PARTICIPATE IN THE FORECLOSURE MEDIATION PROGRAM, YOU SHOULD APPEAR IN COURT ON YOUR CASE MANAGEMENT DATE.** This is the first date your case is first in front of the judge, is identified on the first page of your summons, and is scheduled for approximately 60 days after the date of filing of the Complaint. You will receive a notice of this case management date in the mail from the attorney for the lender.

> **DO NOT WAIT. Be sure to OPEN YOUR MAIL. To start receiving help immediately for the Foreclosure Mediation Program, please call 1-877-895-2444. This program is FREE.**

You may be contacted by people offering to help you avoid foreclosure. <u>Before entering into any transaction with a person offering to help you that is not affiliated with the Circuit Court Mediation Program, please contact a lawyer, government official, or HUD-certified housing counselor for advice.</u>

Circuit Court of Cook County Administrative Order No. 2010-01 requires that this notice be attached to all Mortgage Foreclosure Summons.

(Rev. 4/09/10) CCH 0100 B

# NOTIFICACION A PROPIETARIOS DE CASA DEL TRIBUNAL DE CIRCUITO DEL CONDADO DE COOK: AYUDA GRATUITA PARA PROPIETARIOS DE CASA EN PROCESO DE EJECUCION HIPOTECARIA

## **NO IGNORE ESTA PAGINA**

**USTED HA RECIBIDO UN DOCUMENTO LEGAL PORQUE HA SIDO DEMANDADO POR SU BANCO HIPOTECARIO.**

Usted ha sido notificado del Emplazamiento y de la Demanda de Ejecución Hipotecaria que puede causar que pierda su casa.

---

**El Tribunal de Circuito del Condado de Cook tiene un Programa de Mediación de Ejecución Hipotecaria para ayudarle. Este programa es GRATIS.**

---

Puede usar este programa si:
- Usted es el propietario y habitante de una propiedad **residencial familiar de 1-4 unidades o de un condominio**;
- Usted es el **prestatario**;
- El **préstamo** de su propiedad residencial habitada por el propietario esta en proceso de ejecución hipotecaria;
- La propiedad en proceso de ejecución hipotecaria es su **residencial principal (su casa)**;
- La propiedad esta ubicada en el **Condado de Cook, Illinois**; y
- La ejecución hipotecaria tiene una **Fecha de Administración de Caso** (la primera fecha en la que usted tiene que presentarse ante el juez) **después del 11 de junio 2010**.

Mediación es la oportunidad de hablar con su prestamista y de tratar de llegar a un acuerdo con la ayuda de una persona neutral y con conocimiento.

**PARA PARTICIPAR EN EL PROGRAMA DE MEDIACION DE EJECUCION HIPOTECARIA, DEBERIA PRESENTARSE EN EL TRIBUNAL EN SU FECHA DE ADMINISTRACION DE CASO.** Esta es la primera fecha en que tiene que presentarse ante el juez, esta fecha se encuentra en la primera pagina de su Emplazamiento y es fijada aproximadamente 60 días después de la fecha en que se entablo la Demanda. El abogado del prestamista le enviara por correo una notificación de esta fecha de administración de caso.

---

**NO ESPERE.** Asegúrese de **ABRIR SU CORREO.** Para empezar a recibir ayuda immediata del Programa de Mediación de Ejecución Hipotecario, llame al **1-877-895-2444**. Este programa es GRATIS.

---

Usted podrá ser contactado por gente ofreciéndole ayuda para evitar la ejecución hipotecaria. <u>Antes de realizar cualquier trámite con personas ofreciéndole ayuda, que no estén afiliados con el Programa de Mediación del Tribunal de Circuito, por favor comuníquese con un abogado, representante gubernamental o consejero de vivienda certificado por HUD para asesoría.</u>

La Orden No. 2010-01 del Tribunal de Circuito del Condado de Cook requiere que esta notificación sea incluida con todos los Emplazamientos de Ejecución Hipotecaria.

(Rev. 4/09/10) CCH 0100 B

## SERVICE LIST:

Ansarullah H. Dawoudi a/k/a Ansarullah Habeebullah S. Dawoudi (0101), 4909 N. Kruger Avenue, Chicago, IL 60630 (Cook)

Ansarullah H. Dawoudi a/k/a Ansarullah Habeebullah S. Dawoudi (MA) (0102), 6321 W. Dempster Street Unit #220, Morton Grove, IL 60053 (Cook)

Daphne Dawoudi (0201), 4909 N. Kruger Avenue, Chicago, IL 60630 (Cook)

14-15-07914