IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANSARULLAH DAWOUDI,
on behalf of plaintiff and the
class members described herein,

    Plaintiff,

vs.

NATIONSTAR MORTGAGE LLC,
doing business as MR. COOPER and
TIAA FSB,

    Defendants.

Case No: 1:19-cv-3783

Honorable John Robert Blakey

## DEFENDANT'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S CLASS ACTION COMPLAINT

Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") and TIAA, FSB d/b/a TIAA Bank ("TIAA Bank"; collectively "Defendants"), by counsel, hereby move to dismiss Plaintiff Ansarullah Dawoudi's Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). Defendants set out their arguments in more detail in its Memorandum in Support of its Motion to Dismiss, which it is filing contemporaneously with this Motion.

Dated: July 31, 2019

Respectfully submitted,

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**

**TIAA, FSB D/B/A AS TIAA BANK**

By: */s/ Molly S. DiRago*
   Of Counsel

Mary ("Molly") S. DiRago (IL Bar No. 6282757)
Counsel for Defendants

39460375

TROUTMAN SANDERS LLP
One North Wacker Drive, Suite 2905
Chicago, IL 60606
Telephone: (312) 759-1926
Email: Molly.DiRago@troutman.com